JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUSSIE HAILE GHEBRESLASSIE, | Case No. 5:25-cv-03447-JWH-DTB |
| Petitioner, | |
| v. | **JUDGMENT** |
| JAMES JANECKA, in his official capacity as Warden of the Adelanto Detention Facility; DAVID MARIN, in his official capacity as Field Office Director of the Immigration and Customs Enforcement, and Removal Operations Los Angeles Field Office; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; and PAMELA BONDI, in her official capacity as Attorney General of the United States, | |
| Respondents. | |

Pursuant to the Order Dismissing the Case as Moot filed substantially contemporaneously herewith, and in accordance with Rules 12(b)(1) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.    The Petition for Writ of Habeas Corpus [ECF No. 1] of Petitioner Mussie Haile Ghebreslassie is **DISMISSED as moot**.

2.    To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: February 12, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE